ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN　　　　　　　　　　　　　　　　　　Tel: (212) 571-5500
JEREMY SCHNEIDER　　　　　　　　　　　　　　　　　　　　Fax: (212) 571-5507
ROBERT A. SOLOWAY
DAVID STERN

RACHEL PERILLO　　　　　　　　　　　　　　　　October 9, 2020

Hon. Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

　　　　　　　　　　Re:  United States v. Rafael Ramos
　　　　　　　　　　　　 Ind. No. 04 Cr.972(DLC)

Dear Judge Cote:

　　　I write seeking to be reappointed to represent Rafael Ramos who was sentenced by Your Honor on April 23, 2009 to a term of imprisonment of 25 years. Mr. Ramos contacted me requesting that I represent him on a claim under the First Step Act of 2018 that he was entitled to have the Court consider a sentence reduction. My preliminary review leads me to believe that Mr. Ramos has a meritorious claim and I therefore seek reappointment to his case.
　　　If you have any questions regarding this application please contact my office.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*David Stern*
　　　　　　　　　　　　　　　　　　　　　　　David Stern

Granted. 10.13.20.

_____
DENISE COTE
United States District Judge