```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :      04cr972 (DLC)
                                         :
            -v-                          :      ORDER
                                         :
RAFAEL RAMOS,                            :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On February 26, 2021, this Chambers received defendant Rafael Ramos' motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), as well as an application to file the motion for compassionate release under seal.  Accordingly, it is hereby

ORDERED that the application to file under seal and the motion for compassionate release are filed under seal.

Dated:   New York, New York
         March 1, 2021

                              _____
                                      DENISE COTE
                              United States District Judge