## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

July 20, 2023

**By ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Rafael Ramos
      04 Cr. 972-01 (DLC)

Dear Judge Cote:

I represented Mr. Ramos in the above-named matter, having been appointed pursuant to the Criminal Justice Act. Judgment was entered on April 24, 2009, and Your Honor sentenced Mr. Ramos to a total of 25 years imprisonment following his plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute Cocaine; Murder in Connection with a Conspiracy to Distribute and Possess with Intent to Distribute Cocaine; and Use and Possession of a Firearm in Relation to a Crime of Violence and a Drug Trafficking Crime.

Mr. Ramos has written me to request that I represent him on a potential motion for a sentencing reduction pursuant to Section 404 of the First Step Act. It is therefore respectfully requested that the Court re-appoint undersigned counsel to represent Mr. Ramos for this purpose.

If the Court has any questions regarding this matter, please do not hesitate to contact me.

Respectfully submitted,
/ s /
David Stern

Granted.
[signature]
7/20/23