```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
UNITED STATES OF AMERICA,              :        04cr972-1(DLC)
                                       :
            -v-                        :        ORDER
                                       :
RAFAEL RAMOS,                          :
                                       :
                  Defendant.           :
                                       :
--------------------------------------- X
```

DENISE COTE, District Judge:

Having received the defendant's motion for a sentence reduction dated October 17, it is hereby

ORDERED that the Government shall file its response to the motion by **January 12, 2024,** and any reply by defendant shall be due **January 17, 2024.**

Dated:    New York, New York
          December 14, 2023

                              _____
                                         DENISE COTE
                              United States District Judge