# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

February 13, 2025

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  United States v. Rafael Ramos
          04 Cr. 972 (DLC)

Dear Judge Cote:

    I represented Mr. Rafael Ramos in the above referenced case. An associate of my firm, Rachel Perillo expended a total of 12.5 hours, nunc pro tunc to July 31, 2023, assisting me with the compassionate release motion.

    I apologize for not seeking pre-approval, before the case was finalized. I respectfully pray that the Court approve payment at an hourly rate of $137.00 for associate time in this matter.

    If your Honor needs any additional information, please do not hesitate to contact of my office. Thank you for your attention.

Sincerely,

David Stern

David Stern

*Granted.*
*Denise Cote*
*2/18/25*